UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Michelle J. Smith**

        Plaintiff

   V.

CIVIL ACTION

NO. 22-10576-NMG

**Peter Krupp, et al.**

        Defendant

## ORDER OF DISMISSAL

Gorton, D. J.

    In accordance with the Memorandum & Order entered on December 8, 2022 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                      By the Court,

12/8/2022                /s/Douglas Warnock
  Date                     Deputy Clerk